182 So.2d 664

### William F. BONNER, Jr., et al.

v.

### BOARD OF TRUSTEES OF the JOHN M. BONNER MEMORIAL HOME.

No. 48068.

Feb. 28, 1966.

In re: William F. Bonner, Jr., et al. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 181 So.2d 255.

The application is denied. We find no error of law in the judgment complained of.

HAWTHORNE, J., does not take part.

182 So.2d 664

### Regina ORTOLANO, wife of Philip J. SCIORTINO

v.

### Philip J. SCIORTINO.

No. 48082.

Supreme Court of Louisiana.

March 1, 1966.

In re: Philip J. Sciortino applying for writs of certiorari, mandamus and prohibition.

Writs refused. The showing made is not sufficient to warrant the exercise of our supervisory jurisdiction.